In the Matter of the Application for the Construction of the Will of WILLIAM W. PHIPPS, Deceased.
FRANK W. PHIPPS, Appellant; CLARA E. PHIPPS, Respondent.

(Submitted April 22, 1915; decided May 14, 1915.)

Motion for re-argument denied, without costs. (See 214 N. Y. 378.)